UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KARAS

FELIPE BENITEZ and MARIA BENITEZ

Plaintiff,

07 CIV 9534

-v-

Rule 7.1 Statement

TERRENCE D. WILLIAMS and
FISCHER TRUCKING, INC.

Defendant.

FILED
2007 OCT 25 AM 11:57
U.S. DISTRICT COURT
S.D. OF N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FISCHER TRUCKING, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 10/24/2007

Signature of Attorney

Attorney Bar Code: JC 2921

Form Rule7_1.pdf   SDNY Web 10/2007